CIT Form 1 — Summons (28 U.S.C. § 1581(a))

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| Raphael Chicago Inc.; | | ) |
| | | ) |
| | | ) |
| | Plaintiff, | ) |
| v. | | ) |
| | | ) |
| United States, | | ) |
| | | ) |
| | Defendant. | ) |
| | | ) |

### SUMMONS

1. This action is commenced pursuant to 28 U.S.C. § 1581(a) to contest the denial of protests concerning assessment of antidumping and countervailing duties on certain quartz surface products entries identified below.

2. Name, address, and telephone number of plaintiff's attorney:

   THOMPSON BURTON PLLC
    By: Jon E. Field, Esq.
   6100 Tower Circle, Suite 200, One Franklin Park, Franklin, Tennessee 37067
   Tel: (615) 475-7250
   Email: jfield@thompsonburton.com
   Attorneys for Plaintiff

3. Jurisdiction: 28 U.S.C. § 1581(a).

4. Protest Decision(s) and Entry(ies) at Issue:

   The action contests CBP's protest-denial decision dated November 13, 2025, concerning the entries below. Plaintiff attaches and incorporates a Schedule of Protests and Entries providing, for the protest, the protest number, port, entry numbers, importer of record, date of protest, date of denial, and the CBP office that issued the denial.

**SCHEDULE OF PROTESTS AND ENTRIES**
(Form 1 Continuation/Schedule)

Protest No.: **3901-25-158161**
Port of Entry: Chicago
CBP Center/Office: 100 Los Indios Blvd, Los Indios, TX 78567
Denial Date: November 13, 2025
Importer of Record: **Raphael Chicago Inc.**
Entry No(s). (as identified in CBP Form 29 Notices):

- F2392725826 (import date Apr. 17, 2022)
- 85B71296809 (entry Mar. 8, 2022; import Mar. 23, 2022)
- 85B71350507 (import date Jun. 7, 2022)

5. Nature of Plaintiff's Claim:
   Plaintiff contests CBP's denial of its protest challenging assessment and/or collection of AD/CVD on the above entries. The goods were manufactured in Malaysia by Karina Stone Sdn. Bhd. and are outside the scope of the China quartz orders; CBP's November 15, 2022, risk assessment confirmed Malaysian manufacture. Plaintiff also asserts deemed liquidation under 19 U.S.C. § 1504 for affected entries where CBP failed to liquidate or validly extend/suspend within statutory periods. Plaintiff seeks judgment setting aside the denial and directing reliquidation without AD/CVD, cancellation of bills, and refund of any amounts collected with interest.

6. Service: Plaintiff requests issuance of the summons and will effect service pursuant to the Court's rules upon the United States.
   - The Attorney General of the United States;
   - The Attorney-in-Charge, International Trade Field Office, Commercial Litigation Branch, U.S. Department of Justice; and

Dated: April 7, 2026

Respectfully submitted,

THOMPSON BURTON PLLC

By: _____
Jon E. Field, Esq.
6100 Tower Circle, Suite 200,
One Franklin Park
Franklin, Tennessee 37067
Tel: (615) 475-7250
Email: jfield@thompsonburton.com
*Attorneys for Plaintiff*